FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

BRIAN H.,

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

No.  2:20-CV-0185-JTR

ORDER GRANTING STIPULATED
MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR
OF 42 U.S.C. § 405(g)

15    **BEFORE THE COURT** is the parties' stipulated motion to remand the

16  above-captioned matter to the Commissioner for additional administrative

17  proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 20.

18  Attorneys Timothy Wendell Anderson and Victoria B. Chhagan represent Plaintiff;

19  Special Assistant United States Attorney David J. Burdett represents Defendant.

20  The parties have consented to proceed before a magistrate judge.  ECF No. 6.

21  After considering the file and proposed order, **IT IS ORDERED:**

22    1.    The parties' Stipulated Motion for Remand, **ECF No. 20**, is

23  **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the

24  Commissioner of Social Security for further administrative action pursuant to

25  sentence four of 42 U.S.C. § 405(g).

26    On remand, the Administrative Law Judge (ALJ) shall  take any necessary

27  steps to complete the administrative record, offer Plaintiff the opportunity for a

28  new hearing, and issue a new decision.  The ALJ is further directed to reevaluate

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1    Plaintiff's maximum residual functional capacity and obtain supplemental

2    vocational expert evidence to clarify the effect of the assessed limitations on

3    Plaintiff's ability to perform other work in the national economy, resolving any

4    conflicts between that testimony and the Dictionary of Occupational Titles.

5         2.     **Judgment shall be entered for PLAINTIFF**.

6         3.     Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is

7    **STRICKEN AS MOOT**.

8         4.     An application for attorney fees and costs may be filed by separate

9    motion.

10       The District Court Executive is directed to enter this Order, forward copies

11    to counsel, and **CLOSE THE FILE**.

12       DATED April 2, 2021.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2